DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DERRICK G. JAMES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-310

[April 23, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 99-721CF10A.

Derrick G. James, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and MAY, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***